Jeff D. LOPEZ, Appellant,

v.

MISSOURI DEPARTMENT
OF CORRECTIONS,
Respondent.

No. WD 76866.

Missouri Court of Appeals,
Western District.

July 29, 2014.

Jeff D. Lopez, Appellant Pro Se, for appellant.

Martha E. Ravenhill, Jefferson City, MO, for respondent.

Before Division One: MARK D. PFEIFFER, Presiding Judge, LISA WHITE HARDWICK, and KAREN KING MITCHELL.

ORDER

PER CURIAM.

Jeff Lopez appeals from a summary judgment entered in favor of the Missouri Department of Corrections ("MDOC") on his petition for declaratory judgment. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the summary judgment.

AFFIRMED. Rule 84.16(b)